UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-190 (DSD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS GARCIA BLAND,<br><br>Defendant. | MOTION TO REDUCE SENTENCE |

Marcus Bland, through his attorney, respectfully moves this Court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment from 210 months to a sentence of time served, and releasing him immediately, on the grounds that the retroactive amendment to the crack cocaine guideline changes the base offense level in Mr. Bland's case.

On February 14, 2002, Mr. Bland was sentenced by the Court to 210 months, followed by 5 years of supervised release. This sentence was at the bottom of his applicable guidelines range, given that Mr. Bland's offense level was 35, and his criminal history category was III. Pursuant to the new sentencing guidelines, Mr. Bland should be resentenced at level 33, which would result in a new guideline range of 168 to 210 months. A bottom-of-the guidelines sentence would result in a sentence of time served.

Mr. Bland's current projected release date according to the Bureau of Prisons is November 29, 2010. If his motion for sentencing reduction is granted, the resulting

release date would become immediate. Therefore Mr. Bland seeks an ORDER from this Court sentencing Mr. Bland to time served, and releasing him immediately.

Dated: April 7, 2008

Respectfully submitted,

*s/Reynaldo A. Aligada, Jr.*

REYNALDO ALIGADA
Attorney No. 319776
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415