OFFICE OF THE

# FEDERAL DEFENDER

**District of Minnesota**

107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

KATHERIAN D. ROE
Federal Defender

ANDREW H. MOHRING
First Assistant Defender

ANDREA K. GEORGE
Senior Litigator

KATHERINE MENENDEZ
Chief of Training

MANNY K. ATWAL
LYONEL NORRIS
CAROLINE DURHAM
REGGIE ALIGADA
DOUGLAS OLSON
Assistant Defenders

TIM W. TREBIL
MIKE KAULFUSS
RENEE LEWIS
Investigators

April 7, 2008

Mr. Richard D. Sletten
Clerk of Court
111 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: United States v. Marcus Garcia Bland
Criminal No. 01-190 DSD/JSM

Dear Mr. Sletten:

Please mark the Motion to Reduce Sentence filed today on behalf of Mr. Bland, (document number 45), as filed in error.

Sincerely,

*s/Reggie Aligada*

REGGIE ALIGADA
Assistant Federal Defender

RAA:rmq