# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA CLERK OF COURT DIVISION

Marcus G. Bland ) Case NO.
) 01-190(1)(DSD/RLE)
vs. )
)
United States of America, )
Respondant )

RECEIVED BY MAIL
MAY 12 2008
CLERK US DIST COURT MINNEAPOLIS MN
SCANNED
MAY 13 2008
U.S. DISTRICT COURT ST. P.

## MOTION PURSUANT TO 18USC § 3582(c)(2)

COMES NOW THE PETITIONER, PRO SE, to move the court to modify his terms of imprisonment pursuant to the new sentencing guidelines granting a two-point sentencing reduction for certain crack cocaine offenses, to be given at the discretion of the sentencing court.

The petitioner feels he qualifies for the afore-mentioned relief, and here by respectfully petitions the court to grant the two-point reduction of his original point level, pursuant to 18 USC § 3582 (c) (2). He realizes that

the granting of the relief requested in this motion is up to the sentencing court, and prays that it orders his sentence to be modified accordingly.

Respectfully submitted this on the 8th day of May, 2008.

X Marcus Bland

Marcus G. Bland # 09993-041
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ. 08640