UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Marcus Garcia Bland,

Defendant.

**Criminal No.** 01-190(1) DSD/JSM

**DEFENDANT'S MOTION TO SEAL DOCUMENT**

The defendant, by and through undersigned counsel, hereby moves the Court for an Order sealing specific document in the above-referenced matter.

This Motion is based upon the records and proceedings in this matter.

Dated: May 14, 2008

Respectfully submitted,

*s/Reynaldo A. Aligada, Jr.*

REYNALDO A. ALIGADA, Jr.
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415