UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-190(1) DSD/JSM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER SEALING DOCUMENT** |
| | ) | |
| | ) | |
| MARCUS GARCIA BLAND, | ) | |
| | ) | |
| Defendant. | ) | |

---

David Steinkamp, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Reynaldo A. Aligada, Jr., Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

This matter comes before the Court on defendant's Motion to Seal Document. Based upon all the records and proceedings herein,

IT IS HEREBY ORDERED that the defendant's Motion to Seal Document is granted.

Dated: May 14, 2008

s/David S. Doty
Honorable David S. Doty
United States District Court Judge