UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-190(DSD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS GARCIA BLAND,<br><br>Defendant. | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE |

The United States of America, by and through its attorneys, Frank J. Magill, Jr., Acting United States Attorney for the District of Minnesota, and David Steinkamp, Assistant United States Attorney, hereby submits its response to Defendant Marcus Bland's Motion for Reduced Sentence.

The government does not oppose defendant's motion to reduce his sentence to 96 months.

Dated: June 3, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ David P. Steinkamp

BY: DAVID STEINKAMP
Assistant U.S. Attorney